# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140194

HARMAIL SIDHU,
      Plaintiff-Appellant,

v

ERIN MELISSA HANSEN, TRACY
WINTERMEYER, and 830 SOUTH MAIN
STREET, L.L.C.,
      Defendants,
and

LORI WINTERMEYER and WILSON WHITE
COMPANY, INC.,
      Defendants-Appellees.

SC: 140194
COA: 276930
Washtenaw CC: 04-001206-NI

_____/

On order of the Court, the application for leave to appeal the November 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk

0421